# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## GREAT FALLS MONTANA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>KATHLEEN ELIZABETH FRANCIS,<br><br>Defendant. | Case No. CR 20-53-GF-BMM<br><br>ORDER EXTENDING VOLUNTARY SURRENDER DATE |

Defendant Kathleen Elizabeth Francis having filed a motion for extension of her voluntary surrender date, there being no objection from the Government,

IT IS HEREBY ORDERED:  Ms. Francis' voluntary surrender date shall be May 7, 2021.  A copy of this order shall be submitted to the U.S. Marshals Service and to the Bureau of Prisons.

DATED this 26th  day of April, 2021.

_____
Brian Morris, Chief District Judge
United States District Court