**THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MONTANA**
**GREAT FALLS DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br>vs.<br><br>KATHLEEN ELIZABETH FRANCIS,<br><br>Defendant. | **CR-20-53-GF-BMM**<br><br>**ORDER** |

United States Magistrate Judge John Johnston entered Findings and Recommendations in this matter on October 7, 2026. (Doc. 127.)

When a party makes no objections, the Court need not review *de novo* the proposed Findings and Recommendations. *Bad Old Man v. Arn*, 474 U.S. 140, 153-52 (1986). This Court will review Judge Johnston's Findings and Recommendations, however, for clear error. *McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc.*, 656 F.2d 1309, 1313 (9th Cir. 1981).

Judge Johnston conducted an initial appearance on October 7, 2026. (Doc. 126.) The government accused Kathleen Francis (Francis) of violating the conditions of her supervised release by: (1) failing to attend substance abuse testing

on July 15, 2026; using marijuana on July 4, 2026 and September 18, 2026. (Doc. 116 and 123.)

At the revocation hearing, Francis admitted that she had violated conditions 1-3 as set forth in the Amended Petition. (Doc. 126.) Judge Johnston found that the violations Francis admitted prove serious and warrant revocation, and recommended that she receive a custodial sentence until January 8, 2027, with no term of supervised release to follow. (Doc. 127.) Judge Johnston advised Francis of her right to appeal and to allocute before the undersigned. (Doc. 26.) The Court finds no clear error in Judge Johnston's Findings and Recommendations.

Accordingly, **IT IS ORDERED** that Judge Johnston's Findings and Recommendations (Doc. 127) are **ADOPTED IN FULL. IT IS FURTHER ORDERED** that Kathleen Elizabeth Francis be sentenced to a term of custody until January 8, 2027, with no term of supervised release to follow.

DATED this 22nd day of October 2026.

Brian Morris, Chief District Judge
United States District Court